# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DARREL LEON RAYFORD,**

    *Plaintiff,*

**v.**                                        **Case No.: 3:25cv627-MW/HTC**

**CENTURION OF FLORIDA, LLC, et al.,**

    *Defendants***.**

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 51. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 51, is **accepted and adopted** as this Court's opinion. Defendant Centurion of Florida's motion to dismiss, ECF No. 29, is **GRANTED**. Plaintiff's Eighth Amendment claim against Defendant Centurion of Florida is **DISMISSED** for failure to exhaust administrative remedies. This Court declines Plaintiff's request to hold that claim in abeyance until he exhausts his state level administrative remedies, and his motion to that effect, ECF

No. 52, is **DENIED**. The Clerk is directed to remand this case to the Magistrate

Judge for further proceedings regarding the remaining Defendants.

       **SO ORDERED on April 8, 2026.**

                         **s/Mark E. Walker**
                         **United States District Judge**