## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DARREL LEON RAYFORD,**

    *Plaintiff,*

**v.**                            **Case No.: 3:25cv627-MW/HTC**

**CENTURION OF FLORIDA
LLC, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 56. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 56, is **accepted and adopted** as this Court's opinion. Defendants Hernandez-Perez, Coone, and Carter' motion to dismiss, ECF No. 46, is **GRANTED in part and DENIED in part**. Plaintiff's Eighth Amendment claims against Defendant Carter are **DISMISSED**. Plaintiff's Eighth Amendment claims against Defendant Coone for misdiagnosing his knee injury and failing to obtain an MRI before scheduling him for physical therapy are **DISMISSED**. Plaintiff's request for injunctive relief is **DISMISSED as moot**. The

balance of the motion is otherwise **DENIED**. Defendants Hernandez-Perez and Coone must file an answer to the second amended complaint, ECF No. 15, **on or before June 9, 2026.** This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on May 26, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2